UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS AGUIRRE,

    Plaintiff,

    v.

AARON'S, INC.,

    Defendant.

Case No. 16-cv-07384-RS

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER**

Defendant moves to transfer venue to the Southern District of California pursuant to 28 U.S.C. § 1404(a). Plaintiff does not oppose and requests that the motion be granted. Good cause appearing, Defendant's motion to transfer is granted.

**IT IS SO ORDERED**.

Dated: February 10, 2017

RICHARD SEEBORG
United States District Judge